IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATCHAIAPPAN MURUGAVEL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:26-cv-812-E-BN |
| | § | |
| DONALD TRUMP, ET AL., | § | |
| | § | |
| Respondents. | § | |

**ORDER DENYING WITHOUT PREJUDICE MOTION FOR LEAVE**

Petitioner Patchaiappan Murugavel moves for leave to supplement his pleadings. *See* Dkt. No. 10. "The additional pleadings Mr. Murugavel seeks to introduce are a response to the United States District Court for the Central District of California's recent certification of a nationwide class of individuals to which he belongs." *Id.*, ¶ 31. And, while Petitioner attaches that decision to the motion for leave – and represents that the government does not oppose his motion for leave – it does appear that Petitioner has provided the Court his proposed supplemental pleading. *Cf.* N.D. TEX. L. CIV. R. 15.1(b) ("When a party files by electronic means a motion for leave to file an amended pleading, the party must attach the proposed amended pleading to the motion as an exhibit."). The motion for leave is therefore DENIED WITHOUT PREJUDICE.

SO ORDERED.

DATED: July 20, 2026

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE