IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATCHAIAPPAN MURUGAVEL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:26-cv-812-E-BN |
| | § | |
| DONALD TRUMP, ET AL., | § | |
| | § | |
| Respondents. | § | |

**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL PLEADING**

The Court GRANTS Petitioner Patchaiappan Murugavel's amended motion for leave to file a supplemental pleading under Federal Rule of Civil Procedure 15(d) [Dkt. No. 12] and DIRECTS the Clerk of Court to separately docket Dkt. No. 12-1 as Petitioner's Supplemental Pleadings to the Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief.

Respondents may file a substantive response to this supplemental pleading by **September 8, 2026**. And, if such a response is filed, Petitioner may file a reply by **September 14, 2026**.

SO ORDERED.

DATED: August 18, 2026

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE